| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2015** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Damich, Edward J. | 2. Court or Organization<br><br>U.S. Court of Federal Claims | 3. Date of Report<br><br>10/17/2016 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual   ☐ Final<br><br>5b. ☑  Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>National Courts Building<br>717 Madison Pl., N.W.<br>Suite 701<br>Washington, DC 20439 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 9/1/76 | Teachers Insurance and Annuity/College Retirement Fund (retirement) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 10/17/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 10/17/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank (checking account) | A | Interest | J | T | | | | | |
| 2. Unimproved Lots, Punta Gorda, FL ($30,000) | | None | K | S | | | | | |
| 3. Condominium Apartment, Key West, FL ($350,000) | | None | N | S | | | | | |
| 4. Washington Real Estate Investment Trust | A | Dividend | J | T | | | | | |
| 5. TIAA/CREF (variable annuity) (H)(X) | E | Int./Div. | O | T | | | | | |
| 6. --George Mason University Defined Contribution Plan | A | Interest | N | T | | | | | |
| 7. ---TIA Traditional | A | Interest | L | T | | | | | |
| 8. ---CREF Stock R2 | E | Dividend | K | T | | | | | |
| 9. ``Widener University Defined Contribution Retirement Plan | B | Interest | M | T | | | | | |
| 10. --Widener Univ Tax Deferred Annuity Plan | A | Interest | J | T | | | | | |
| 11. Morgan Stanley Reg Acct (H)(X) | B | Int./Div. | J | T | | | | | |
| 12. --Blackstone/GSO Strat Cred Fd | A | Dividend | J | T | | | | | |
| 13. --Prudential Shrt Dur Hi Yd Fd | A | Dividend | J | T | | | | | |
| 14. Morgan Stanley PM Acct (H)(X) | D | Int./Div. | N | T | | | | | |
| 15. --Morgan Stanley Bank/Cash | A | Interest | M | T | | | | | |
| 16. --Alger Spectra A | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 17. -- | | | | | Buy (add'l) | 04/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- | | | | | Sold (part) | 10/09/15 | J | | |
| 19. --AllianzGI Global Sm-Cap P | | None | J | T | Buy | 04/14/15 | J | | |
| 20. -- | | | | | Buy (add'l) | 09/16/15 | J | | |
| 21. -- | | | | | Sold (part) | 12/29/15 | J | | |
| 22. --Delaware Sm Cap Core Inst | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 23. -- | | | | | Buy (add'l) | 04/14/15 | J | | |
| 24. -- | | | | | Sold (part) | 09/16/15 | J | | |
| 25. -- | | | | | Sold (part) | 12/29/15 | J | | |
| 26. --Direxion NASDAQ Eql Wgt ETF | A | Dividend | | | Buy | 02/13/15 | J | | |
| 27. -- | | | | | Buy (add'l) | 03/26/15 | J | | |
| 28. -- | | | | | Buy (add'l) | 04/14/15 | J | | |
| 29. -- | | | | | Sold (part) | 03/11/15 | J | | |
| 30. -- | | | | | Sold | 09/16/15 | K | | |
| 31. --1st Trust Dorsey Wright Focs | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 32. -- | | | | | Buy (add'l) | 04/14/15 | J | | |
| 33. -- | | | | | Sold (part) | 09/16/15 | J | A | |
| 34. -- | | | | | Sold (part) | 10/09/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- | | | | | Sold (part) | 12/29/15 | J | A | |
| 36. --1st Trust DW Focus Intl | A | Dividend | J | T | Buy | 04/14/15 | J | | |
| 37. -- | | | | | Buy (add'l) | 05/15/15 | J | | |
| 38. -- | | | | | Sold (part) | 09/16/15 | J | | |
| 39. -- | | | | | Sold (part) | 12/29/15 | J | | |
| 40. --1st Trust MultiCap Value | | None | | | Sold | 01/14/15 | J | | |
| 41. --Global SuperDividend US ETF | A | Dividend | | | Sold | 02/13/15 | J | | |
| 42. --Guggenheim BulletShares HY2017 | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 43. -- | | | | | Buy (add'l) | 04/14/15 | J | | |
| 44. -- | | | | | Buy (add'l) | 09/16/15 | J | | |
| 45. -- | | | | | Sold (part) | 10/09/15 | J | | |
| 46. -- | | | | | Sold (part) | 12/29/15 | J | | |
| 47. --Guggenheim BulletShares HY2016 | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 48. -- | | | | | Buy (add'l) | 04/14/15 | J | | |
| 49. -- | | | | | Buy (add'l) | 09/16/15 | K | | |
| 50. -- | | | | | Sold (part) | 10/09/15 | J | | |
| 51. -- | | | | | Sold (part) | 12/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Guggenheim Floating RT Strat I | A | Dividend | J | T | Buy | 09/16/15 | J | | |
| 53. -- | | | | | Sold (part) | 12/29/15 | J | | |
| 54. --Guggenheim Macro Opport I | A | Dividend | | | Buy | 03/26/15 | J | | |
| 55. -- | | | | | Buy (add'l) | 04/14/15 | J | | |
| 56. -- | | | | | Sold (part) | 09/16/15 | J | | |
| 57. -- | | | | | Sold (part) | 10/09/15 | J | | |
| 58. -- | | | | | Sold | 12/29/15 | J | | |
| 59. --Guggenheim Spin Off ETF | | None | | | Buy | 09/16/15 | J | | |
| 60. -- | | | | | Sold (part) | 10/09/15 | J | | |
| 61. -- | | | | | Sold | 11/24/15 | J | | |
| 62. --Hartford World Bond I | A | Dividend | | | Buy | 03/26/15 | J | | |
| 63. -- | | | | | Sold | 09/16/15 | J | | |
| 64. --IShares Core Dividend Growth | A | Dividend | | | Buy | 03/26/15 | J | | |
| 65. -- | | | | | Buy (add'l) | 04/14/15 | J | | |
| 66. -- | | | | | Sold (part) | 03/11/15 | J | A | |
| 67. -- | | | | | Sold | 05/19/15 | K | A | |
| 68. --IShares Core US Aggregate | A | Dividend | | | Buy | 01/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- | | | | | Buy (add'l) | 03/26/15 | J | | |
| 70. -- | | | | | Buy (add'l) | 04/14/15 | J | | |
| 71. -- | | | | | Sold (part) | 01/26/15 | J | A | |
| 72. -- | | | | | Sold (part) | 05/22/15 | J | | |
| 73. -- | | | | | Sold | 09/16/15 | J | | |
| 74. --IShares Interim Credit BD ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 75. -- | | | | | Sold (part) | 12/29/15 | J | | |
| 76. --Locorr Market Trend I | A | Dividend | J | T | Buy | 04/14/15 | J | | |
| 77. -- | | | | | Buy (add'l) | 09/16/15 | J | | |
| 78. -- | | | | | Sold (part) | 05/15/15 | J | | |
| 79. -- | | | | | Sold (part) | 12/29/15 | J | | |
| 80. --Mainstay Intl Opport I | A | Dividend | J | T | Buy | 09/16/15 | J | | |
| 81. -- | | | | | Sold (part) | 10/09/15 | J | | |
| 82. -- | | | | | Sold (part) | 12/29/15 | J | A | |
| 83. --Matthews Asian Japan Inv | | None | J | T | Buy | 05/22/15 | J | | |
| 84. -- | | | | | Buy (add'l) | 09/16/15 | J | | |
| 85. -- | | | | | Sold (part) | 12/29/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --MFS Intl Value I | | None | | | Buy | 03/26/15 | J | | |
| 87. -- | | | | | Buy (add'l) | 04/14/15 | J | | |
| 88. -- | | | | | Sold | 09/16/15 | J | | |
| 89. --Nationwide Geneva SMCP GW F | | None | J | T | | | | | |
| 90. --Nationwaide NYSE TCG 100 IDX A | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 91. -- | | | | | Sold (part) | 10/09/15 | J | | |
| 92. -- | | | | | Sold (part) | 12/29/15 | J | | |
| 93. --Natixis ASG Global Alternat Y | | None | | | Buy | 05/22/15 | J | | |
| 94. -- | | None | | | Sold | 12/29/15 | J | | |
| 95. --Nuveen High Income December | | None | J | T | Buy | 12/29/15 | J | | |
| 96. --Nuveen Real Estate Sec Fund | A | Dividend | J | T | Buy | 04/14/15 | J | | |
| 97. -- | | | | | Sold (part) | 05/22/15 | J | | |
| 98. -- | | | | | Sold (part) | 09/16/15 | J | | |
| 99. -- | | | | | Sold (part) | 12/29/15 | J | | |
| 100. --Pacer TrendPilot 450 ETF | A | Dividend | J | T | Buy | 09/16/15 | K | | |
| 101. -- | | | | | Buy (add'l) | 10/09/15 | J | | |
| 102. -- | | | | | Sold (part) | 12/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --Pacer TrendPilot 750 ETF | | None | J | T | Buy | 10/09/15 | J | | |
| 104.  -- | | | | | Sold (part) | 12/29/15 | J | | |
| 105.  --PowerShares Dyn Lrg Cap Value | A | Dividend | J | T | Buy | 05/19/15 | J | | |
| 106.  -- | | | | | Sold (part) | 09/16/15 | J | | |
| 107.  -- | | | | | Sold (part) | 10/09/15 | J | | |
| 108.  -- | | | | | Sold (part) | 12/29/15 | J | | |
| 109.  --Prudential Long Short Eq Z | A | Dividend | J | T | Buy | 09/16/15 | J | | |
| 110.  -- | | | | | Buy (add'l) | 10/09/15 | J | | |
| 111.  --Putnam Equity Spectrum Y | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 112.  -- | | | | | Buy (add'l) | 04/14/15 | J | | |
| 113.  -- | | | | | Sold (part) | 05/22/15 | J | A | |
| 114.  -- | | | | | Sold (part) | 09/16/15 | J | | |
| 115.  -- | | | | | Sold (part) | 10/09/15 | J | | |
| 116.  -- | | | | | Sold (part) | 12/29/15 | J | | |
| 117.  --Putnam Europe Equity Y | A | Dividend | J | T | Buy | 05/22/15 | J | | |
| 118.  -- | | | | | Buy (add'l) | 09/16/15 | J | | |
| 119.  -- | | | | | Buy (add'l) | 10/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --`` | | | | | Sold (part) | 12/29/15 | J | | |
| 121.  --SunAmerica New Foc Div Strategy | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 122.  -- | | | | | Buy (add'l) | 04/14/15 | J | | |
| 123.  -- | | | | | Buy (add'l) | 09/16/15 | J | | |
| 124.  -- | | | | | Sold (part) | 10/09/15 | J | A | |
| 125.  -- | | | | | Sold (part) | 12/29/15 | J | | |
| 126.  --Thornburgh Intl Growth | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 127.  -- | | | | | Buy (add'l) | 04/14/15 | J | | |
| 128.  -- | | | | | Buy (add'l) | 09/16/15 | J | | |
| 129.  -- | | | | | Buy (add'l) | 10/09/15 | J | | |
| 130.  -- | | | | | Sold (part) | 12/29/15 | J | A | |
| 131.  --Transparent VL Direct Alloc | | None | | | Buy | 03/26/15 | J | | |
| 132.  -- | | | | | Buy (add'l) | 04/14/15 | J | | |
| 133.  -- | | | | | Sold (part) | 05/28/15 | J | A | |
| 134.  -- | | | | | Sold | 09/16/15 | J | | |
| 135.  --Virtus Dynamic AlphaSector | | None | J | T | Buy | 03/26/15 | J | | |
| 136.  -- | | | | | Buy (add'l) | 09/16/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Damich, Edward J. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -- | | | | | Sold (part) | 12/29/15 | J | | |
| 138.  --Western Asset Macro Opport | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 139.  -- | | | | | Buy (add'l) | 04/14/15 | J | | |
| 140.  -- | | | | | Sold (part) | 01/26/15 | J | A | |
| 141.  -- | | | | | Sold (part) | 09/16/15 | J | A | |
| 142.  -- | | | | | Sold (part) | 12/29/15 | J | | |
| 143.  --WisdomTree Europe Hedged ETF | A | Dividend | | | Buy | 01/26/15 | J | | |
| 144.  -- | | | | | Buy (add'l) | 03/11/15 | J | | |
| 145.  -- | | | | | Buy (add'l) | 03/26/15 | J | | |
| 146.  -- | | | | | Sold (part) | 09/16/15 | J | | |
| 147.  -- | | | | | Sold | 10/09/15 | J | | |
| 148.  Morgan Stanley IRA (H) | B | Int./Div. | N | T | | | | | |
| 149.  --Alger Spectra | A | Dividend | J | T | | | | | |
| 150.  --AllinzGI Global SM-Cap | | None | J | T | Buy | 04/14/15 | J | | |
| 151.  --Delaware Small Cap Core Inst | A | Dividend | J | T | | | | | |
| 152.  --Direxion NASDAQ Eql Wgt ETF | A | Dividend | | | Sold (part) | 04/14/15 | J | | |
| 153.  -- | | | | | Sold | 09/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Damich, Edward J. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  --1st Trust Dorsey Wright FO | A | Dividend | J | T | Buy | 01/26/15 | J | | |
| 155.  -- | | | | | Sold (part) | 10/09/15 | J | A | |
| 156.  --1st Trust DW Focus Intl | A | Dividend | J | T | Buy | 04/14/15 | J | | |
| 157.  -- | | | | | Buy (add'l) | 05/15/15 | J | | |
| 158.  --1st Trust Multi Cap Value | | None | | | Sold | 01/14/15 | J | | |
| 159.  --Global SuperDividend US ETF | A | Dividend | | | Sold | 01/13/15 | J | | |
| 160.  --Guggenheim BulletShares 2015 | A | Dividend | | | Sold (part) | 01/26/15 | J | | |
| 161.  -- | | | | | Sold | 09/16/15 | J | | |
| 162.  --Guggenheim BulletShares HY2016 | A | Dividend | J | T | | | | | |
| 163.  --Guggenheim Floating RT Strat | A | Dividend | J | T | Buy | 09/16/15 | J | | |
| 164.  --Guggenheim Macro Opport I | A | Dividend | J | T | Sold (part) | 09/16/15 | J | | |
| 165.  --Guggenheim Spin Off ETF | | None | | | Buy | 09/16/15 | J | | |
| 166.  -- | | | | | Sold | 12/03/15 | J | | |
| 167.  --Hartford World Bond | A | Dividend | | | Sold | 04/14/15 | J | | |
| 168.  --IShares Core Div Growth | A | Dividend | | | Sold (part) | 03/11/15 | J | A | |
| 169.  -- | | | | | Sold | 05/19/15 | J | A | |
| 170.  --IShares Core US Aggregate | A | Dividend | | | Buy | 01/14/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- | | | | | Sold (part) | 01/26/15 | J | | |
| 172. -- | | | | | Sold | 05/22/15 | J | | |
| 173. --IShares Interim Credit BD ETF | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 174. --Locorr Market Trend | A | Dividend | J | T | Buy | 04/14/15 | J | | |
| 175. -- | | | | | Sold (part) | 05/15/15 | J | | |
| 176. --MainStay Intl Opportunities | A | Dividend | J | T | Buy | 09/16/15 | J | | |
| 177. --Matthews Asian Japan Inv | | None | J | T | Buy | 05/22/15 | J | | |
| 178. -- | | | | | Buy (add'l) | 09/16/15 | J | | |
| 179. --MFS Intl Value | | None | | | Sold | 09/16/15 | J | | |
| 180. --Morgan Stanley Bank/Cash | A | Interest | N | T | | | | | |
| 181. --Nationwide NYSE TCG 100 IDX | A | Dividend | J | T | Buy | 02/13/15 | J | | |
| 182. --Natixis ASG Global Alternative | | None | J | T | Buy | 05/22/15 | J | | |
| 183. --Nuveen High Income | | None | J | T | Buy | 12/03/15 | J | | |
| 184. --Nuveen Real Estate SEC Fund | A | Dividend | J | T | Sold (part) | 05/22/15 | J | A | |
| 185. --Pacer TrendPilot 450 ETF | A | Dividend | J | T | Buy | 09/16/15 | J | | |
| 186. --Pacer TrendPilot 750 ETF | | None | J | T | Buy | 10/09/15 | J | | |
| 187. --PowerShares Dyn Lrg Cap Value | A | Dividend | J | T | Buy | 05/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- | | | | | Sold (part) | 10/09/15 | J | | |
| 189. --Prudential Long Short Eq Z | A | Dividend | J | T | Buy | 09/16/15 | J | | |
| 190. -- | | | | | Buy (add'l) | 10/09/15 | J | | |
| 191. --Putnam Equity Spectrum | A | Dividend | J | T | Sold (part) | 05/22/15 | J | | |
| 192. --Putnam Europe Equity | A | Dividend | J | T | Buy | 05/22/15 | J | | |
| 193. -- | | | | | Buy (add'l) | 10/09/15 | J | | |
| 194. --SunAmerica New Foc Div Strategy | A | Dividend | J | T | Buy | 09/16/15 | J | | |
| 195. --Thornburg Intl Growth I | A | Dividend | J | T | | | | | |
| 196. --Transparent VL Direct Alloc | | None | | | Sold (part) | 05/28/15 | J | | |
| 197. -- | | | | | Sold | 09/16/15 | J | | |
| 198. --Virtus Dynamic AlphaSector | | None | J | T | Buy | 09/16/15 | J | | |
| 199. -- | | | | | Sold (part) | 04/14/15 | J | | |
| 200. --Western Asset Macro Opport | A | Dividend | J | T | Buy | 03/26/15 | J | | |
| 201. -- | | | | | Buy (add'l) | 04/14/15 | J | | |
| 202. -- | | | | | Sold (part) | 01/26/15 | J | | |
| 203. -- | | | | | Sold (part) | 09/16/15 | J | | |
| 204. -- | | | | | Sold (part) | 12/29/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --WisdomTree Europe Hedged Equity | A | Dividend | | | Buy | 01/26/15 | J | | |
| 206. -- | | | | | Buy (add'l) | 03/11/15 | J | | |
| 207. -- | | | | | Sold (part) | 09/16/15 | J | | |
| 208. -- | | | | | Sold | 10/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II. Agreements

I have participated in this retirement plan since 9/1/76 at Delaware Law School (now Widener University Law School) and at George Mason University Law School. Employer contributions from these institutions ceased when I left employment with them, but my retirement remains vested.

VII. Investments and Trusts

I noticed in the instructions this year that I should break down investments into accounts as they are reported to me by my broker. Thus, the accounts that have not appeared before a labeled with an "X." In previous years, although I listed all assets only under "Morgan Stanley IRA," I listed all assets--so nothing has gone unreported.

Finally, I noticed that I did not have to report individual transactions for less than $1,000; therefore, some assets are listed in Column A because they are worth more than $1,000, but the transactions involving the asset were not more than $1,000.

In response to the letter of October 3, 2016, requesting further information:

1. "Wells Fargo Bank (savings account)" and "Capital One Bank (checking account)," listed in my 2014 Report are not listed in this report, because they have both dropped in value below the $1,000 threshold.
2. Income amounts and kinds are inserted for the lines indicated in the letter. (Note: The Key Tip for Part VII-B instructs that Column B does not have to be filled out for individual assets in aggregate ownership accounts, such as an IRA. This seems to conflict with the instructions in the letter and on pp. 39 and 40 of the formal Instructions.)
3. TIAA-CREF Retirement is broken down into funds as required by the letter.
4. One entry in line 16, Alger Spectra, was deleted because I noticed that I had listed a transaction under $1,000. (Note: Line numbering has changed from the original because of additions and deletions.)
5. The purchase information for Natixis is supplied on line 93 of Part VII. (former line 89)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward J. Damich**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544